UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KENNETH SALE, *individually, and on behalf of* :
*all others similarly situated*, :
:
                               Plaintiff, :                    23-CV-1872 (JMF)
:
              -v- :                        ORDER
:
BETMGM, LLC, :
:
                               Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's motion to compel arbitration, *see* ECF No. 17, the conference previously scheduled for June 27, 2023 is hereby adjourned *sine die*.

      SO ORDERED.

Dated: June 13, 2023
       New York, New York
                                                              JESSE M. FURMAN
                                                   United States District Judge