UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
KENNETH SALE, *individually, and on behalf* :
*of all others similarly situated*, :
:
        Plaintiff, :
: Case No. 1:23-cv-01872 (JMF)
v. :
: **STIPULATION OF VOLUNTARY**
BetMGM, LLC, : **DISMISSAL PURSUANT TO F.R.C.P.**
: **41(a)(1)(A)(ii)**
        Defendant. :
:
:
:
:
-----------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

The parties agree to proceed to individual arbitration to resolve their dispute. Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned case is voluntarily dismissed, without prejudice, against Defendant BetMGM, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 11, 2023

By: _____

Andrew Shamis
SHAMIS & GENTILE, P.A.
141 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305.479.2299
Facsimile: 786.623.0915

*Attorney for Plaintiff Kenneth Sale*

Dated: July 11, 2023

By: *Christopher Chorba*

Christopher Chorba (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
CChorba@gibsondunn.com

*Attorney for Defendant BetMGM, LLC*

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case and terminate ECF No. 17.

SO ORDERED.

July 12, 2023